## SUSAN HUNTER *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION
### (15366)

Foti, Lavery and Cretella, Js.

Argued November 4—officially released November 26, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

## DAVID GODIN *v.* HELEN GODIN
### (15596)

Landau, Schaller and Spear, Js.

Argued November 1—officially released November 26, 1996

Per Curiam. The judgment is affirmed.

## DAVID GODIN *v.* HELEN GODIN
### (15118)

Landau, Schaller and Spear, Js.

Argued November 1—officially released November 26, 1996

Per Curiam. The judgment is affirmed.